STASIUK ET AL., APPELLANTS, *v.* CITY OF CLEVELAND, APPELLEE.

[Cite as Stasiuk *v.* Cleveland (1989), 43 Ohio St. 3d 612.]

(No. 88-1220—Submitted May 9, 1989—Decided June 14, 1989.)

*Harry T. Quick,* for appellants.
*Marilyn G. Zack,* director of law, and *Malcolm C. Douglas,* for appellee.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.